**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CARLOS LIRANZO PEREZ,<br>*Petitioner*<br><br>v.<br><br>TODD BLANCHE, ACTING U.S. ATTORNEY GENERAL; MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, ACTING ASSOCIATE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS; AND BOBBY THOMPSON, WARDEN OF THE SOUTH TEXAS ICE PROCESSING CENTER;<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CV-04533-XR |

**ORDER**

On this date, the Court considered Petitioner's Request for Voluntary Dismissal (ECF No. 7). Petitioner brought this habeas petition to challenge his detention. He has since been released from detention. *See* ECF No. 7. As such, Petitioner's request for voluntary dismissal without prejudice is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE** as moot.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this 21st day of August, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE